United States Bankruptcy Court for the:

**SOUTHERN DISTRICT OF NEW YORK**

Case number (if known): _____    Chapter ___ **11** ___

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy      12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and

the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-

| | | |
|---|---|---|
| **1.** | Debtor's name | **GLOBAL ENERGY EFFICIENCY HOLDINGS, INC** |
| **2.** | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |

**3.** Debtor's federal Employer      2 7 – 0 5 5 5 9 6 4

**4.** Debtor's address

| Principal place of business | Mailing address, if different from principal |
|---|---|
| **14 BRUCKNER BOULEVARD**<br>Number      Street | **14 BRUCKNER BOULEVARD**<br>Number      Street |
| **3RD FLOOR** | **3RD FLOOR**<br>P.O. Box |
| **BRONX, NEW YORK** | |
| City      State    ZIP Code | **BRONX**      **NY**    **10454**<br>City      State    ZIP Code |
| **BRONX**<br>County | Location of principal assets, if different from principal place of business |
| | Number      Street |
| | |
| | City      State    ZIP Code |

**5.** Debtor's website (URL)    **http://www.globalenergyefficiency.net/**

**6.** Type of debtor

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

**7.** Describe debtor's business

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/

____ ____ ____ ____

**8.** Under which chapter of the Bankruptcy Code is the debtor filing?

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to
insiders or affiliates) are less than $2,490,925 (amount subject to

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101 (51D). If the
debtor is a small business debtor, attach the most recent balance sheet,
statement of operations, cash-flow statement, and federal income tax

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the
Securities and Exchange Commission according to § 13 or 15(d) of the Securities
Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934

☐ Chapter 12

**9.** Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

If more than 2 cases, attach a

☑ No
☐ Yes. District _____ When _____ Case number _____
                                        MM / DD / YYYY

        District _____ When _____ Case number _____
                                        MM / DD / YYYY

        District _____ When _____ Case number _____
                                        MM / DD / YYYY

**10.** Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

List all cases. If more than 1,

☑ No

☐ Yes. Debtor _____ Relationship_____

District _____ When _____
MM / DD / YYYY

Case number, if known_____

Debtor _____ Relationship_____

District _____ When _____
MM / DD / YYYY

Case number, if known_____

**11.** Why is the case filed in *this district?*

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180

days immediately preceding the date of this petition or for a longer part of such 180 days

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this

**12.** Does the debtor own or have possession of any real property or personal property that needs immediate attention?

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?_____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without

attention (for example, livestock, seasonal goods, meat, dairy, produce, or

☐ Other _____

**Where is the property?** _____
Number          Street

_____

_____
City                              State          ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and adminstrative information

**13.** Debtor's estimation of available funds

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14.** Estimated number of creditors

- [ ] 1-49
- [x] 50-99
- [ ] 100-199
- [ ] 200-999

- [ ] 1,000-5,000
- [ ] 5,001-10,000
- [ ] 10,001-25,000

- [ ] 25,001-50,000
- [ ] 50,001-100,000
- [ ] More than 100,000

**15.** Estimated assets

- [x] $0-$50,000
- [ ] $50,001-$100,000
- [ ] $100,001-$500,000
- [ ] $500,001-$1 million

- [ ] $1,000,001-$10 million
- [ ] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [ ] $100,000,001-$500 million

- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

**16.** Estimated liabilities

- [ ] $0-$50,000
- [ ] $50,001-$100,000
- [ ] $100,001-$500,000
- [ ] $500,001-$1 million

- [ ] $1,000,001-$10 million
- [x] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [ ] $100,000,001-$500 million

- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

## Part X: Request for Relief, Declaration, and Signatures

**WARNING** —Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to

**17.** Declaration and signature of authorized representative

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 02/07/2016
MM / DD / YYYY

X **/s/ VLADIMIR REYNOSO**              **VLADIMIR REYNOSO**
Signature of authorized representative of debtor       Printed name

Title **CHIEF EXECUTIVE OFFICER**

**18.** Signature of attorney

X **/s/ Armando Llorens**       Date **02/07/2016**
Signature of Attorney for Debtor       MM / DD / YYYY

**Armando Llorens**
Printed name

**Furgang & Adwar LLP**
Firm Name

**1325 Ave. of the Americas**
Number       Street

**28th Floor**

**New York**       **NY**       **10019**
City       State       ZIP Code

Contact phone **(212) 725-1818**       Email address **armando@furgang.com**

**AL-1757**       **NY**
Bar number       State

| Fill in this information to identify the case: |
| --- |

Debtor name   **GLOBAL ENERGY EFFICIENCY HOLDINGS, INC**

United States Bankruptcy Court for the **SOUTHERN DISTRICT OF NEW YORK**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property        12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No.  Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.
   ☑ Yes.  Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
| --- | --- | --- | --- |
| | | **Amount of claim** Do not deduct the value of collateral | **Value of collateral that supports this claim** |
| **2.1** Creditor's name **MANUFACTURERS AND TRADERS TRU** | **Describe debtor's property that is subject to a lien** UCC-1 of All Assets of the Debtor | $8,533,180.36 | $135,000.00 |
| **Creditor's mailing address** 1 M&T Plaza | **Describe the lien** Agreement | | |
| Buffalo, New York | **Is the creditor an insider or related party?** ☑ No ☐ Yes | | |
| 14203 | | | |
| _____ | **Is anyone else liable on this claim?** ☑ No ☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H) | | |
| **Creditor's email address, if known** _____ | | | |
| **Date debt was incurred February 4, 201** | **As of the petition filing date, the claim is:** Check all that apply. | | |
| **Last 4 digits of account number** ___ ___ ___ ___ | ☐ Contingent ☐ Unliquidated ☑ Disputed | | |
| **Do multiple creditors have an interest in the same property?** ☑ No ☐ Yes.  Specify each creditor, including this creditor, and its relative priority. | | | |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the          $8,533,180.36

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | **GLOBAL ENERGY EFFICIENCY HOLDINGS, INC** |
| United States Bankruptcy Court for the | **SOUTHERN DISTRICT OF NEW YORK** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**

   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

   **Total claim**    **Priority amount**

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3.    List in alphabetical order all of the creditors with nonpriority unsecured claims. If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $457.28 |

Check all that apply.

Action Environment Corp

451 Frelinghuysen Ave

☐ Contingent
☐ Unliquidated
☐ Disputed

Newark                NJ        07114

**Basis for the claim:**
Services

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $69,989.38 |

Check all that apply.

American Express

P.O. Box 297879

☐ Contingent
☐ Unliquidated
☐ Disputed

Fort Lauderdale        FL        33329-7879

**Basis for the claim:**
Credit Card

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,750.54 |

Check all that apply.

American Lamp Recycling, LLC.

55 Riverview Drive

☐ Contingent
☐ Unliquidated
☐ Disputed

Marlboro              NY        12542

**Basis for the claim:**
Service

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,103.65 |

Check all that apply.

Audi Financial Services

P.O. Box 5215

Carol Stream, IL 60197-52

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Car Lease

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $438.00 |

Check all that apply.

**BambooHR LLC**

**333 South 520 West**

**Suite 200**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Lindon** UT **84042-1911** Services

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,333.33 |

Check all that apply.

**BNS Management LLC**

**1536 Third Avenue**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**New York** NY **10028** Lease Agreement

Date or dates debt was incurred **February 1, 2016**

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,457.86 |

Check all that apply.

**BP Business Solutions**

**PO Box 923928**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Norcross** GA **30010** Gas

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $100,000.00 |

Check all that apply.

**Charles Newman**

**c/o The Charles J. Newman Co., LLC**

**37 Saw Mill River Rd.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Hawthorne** NY **10532** Bond

Date or dates debt was incurred **1/17/2012**

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.9**   **Nonpriority creditor's name and mailing address**

Chase

PO Box 15123

Wilmington    DE    19850-5123

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
Credit Card

**Is the claim subject to offset?**
☑ No
☐ Yes

$57,993.94

---

**3.10**   **Nonpriority creditor's name and mailing address**

Cigna

Dept 59

Denver    CO    80291

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Insurace premiums

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,493.26

---

**3.11**   **Nonpriority creditor's name and mailing address**

Cloudbakers LLC

641 W Lake- Suite 301

Chicago    IL    60661

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$177.00

---

**3.12**   **Nonpriority creditor's name and mailing address**

ConEdison Corp

P.O. Box 1702

New York    NY    10116-1702

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Electricity

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,818.47

---

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
|---|---|---|

$19,784.26

**Cooper Electric Supply Co**

**1 Matrix Drive**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Monroe**     **NJ**     **08831-3798**

**Basis for the claim:**
**Supplies**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
|---|---|---|

$3,350.48

**CT Corporation**

**PO Box 4349**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Carol Stream**     **IL**     **60197-4349**

**Basis for the claim:**
**Services**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
|---|---|---|

$16,522.50

**ENPAC Industries**

**34355 Melinz Parkway**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Eastlake**     **OH**     **44095**

**Basis for the claim:**
**Supplies**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
|---|---|---|

$11,136.41

**Entouch Controls**

**661 N. Plano Rd., Suite 323**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Richardson**     **TX**     **75081**

**Basis for the claim:**
**Supplies**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,328.20 |

Check all that apply.

First Unum Life Insurance

666 Third Avenue Suite 301

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Insurance premiums

New York NY 10017

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,314.35 |

Check all that apply.

Gexpro

400 Technology Court SE

Ste R

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
Supplies

Smyrna GA 30082-5237

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $55,144.23 |

Check all that apply.

Gexpro (Cincinnati)

11400 Mosteller Rd

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
Supplies

Cincinnati OH 45241

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,021.04 |

Check all that apply.

John W. Kennedy Company- RI

990 Waterman Avenue

P.O. Box 14217

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplies/Equipment

East Providence RI 02914

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    16-10926 Energy Deficiency Holdings, Inc.   Doc 16  Filed 02/05/16  Entered 02/07/16 20:02:54  (Case number (if known)) Main Document

Pg 12 of 38

<table>
<tr><td colspan="2"><strong>Part 2:</strong>   <strong>Additional Page</strong></td></tr>
</table>

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      **Amount of claim**

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $50,000.00 |
|---|---|---|---|

*Check all that apply.*

Keith Stephenson

c/o NEW DIRECTION IRA

1070 West Century Drive, Suite 101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Louisville | CO | 80027 |
|---|---|---|

**Bond**

Date or dates debt was incurred  1/17/2012

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☒ No
☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,100.00 |
|---|---|---|---|

*Check all that apply.*

Lendy Electric Equipment & Supply Corp.

176-184 Grand Street

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

| New York | NY | 10013-3735 |
|---|---|---|

**Supplies**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☒ No
☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $232,909.56 |
|---|---|---|---|

*Check all that apply.*

Lumenor Energy Services® LLC

110 East Broward Boulevard, Suite 1700

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Fort Lauderdale | FL | 33301 |
|---|---|---|

**Services**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☒ No
☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,245.00 |
|---|---|---|---|

*Check all that apply.*

M&T Insurance Agency

285 Delaware Ave Suite 4000

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Buffalo | NY | 14202-1885 |
|---|---|---|

**Insurance**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☒ No
☐ Yes

---

<table>
<tr><td>**Part 2:**</td><td>**Additional Page**</td></tr>
</table>

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.     **Amount of claim**

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,065.83 |
|---|---|---|---|

*Check all that apply.*

**Marlin Business Bank**

**2795 E Cottonwood Pkwy # 120**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Salt Lake City**    UT    84121    **Loan**

**Date or dates debt was incurred**      **Is the claim subject to offset?**

**Last 4 digits of account number** __ __ __ __    ☑ No
                                                      ☐ Yes

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $30,500.00 |
|---|---|---|---|

*Check all that apply.*

**McGladrey LLP**

**850 Canal Street, 4th Floor**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Stamford**    CT    06902-6902    **Services**

**Date or dates debt was incurred**      **Is the claim subject to offset?**

**Last 4 digits of account number** __ __ __ __    ☑ No
                                                      ☐ Yes

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,137.95 |
|---|---|---|---|

*Check all that apply.*

**Mercedes Benz Financial Services**

**P.O. Box 1800**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Roanoke**    TX    76262-1800    **Auto Loan**

**Date or dates debt was incurred**      **Is the claim subject to offset?**

**Last 4 digits of account number** __ __ __ __    ☑ No
                                                      ☐ Yes

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,208.81 |
|---|---|---|---|

*Check all that apply.*

**Miatech Inc.**

**9480 SE Lawnfield RD**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Clackamas**    OR    97015    **Services**

**Date or dates debt was incurred**      **Is the claim subject to offset?**

**Last 4 digits of account number** __ __ __ __    ☑ No
                                                      ☐ Yes

Debtor    16-10929   GLOBAL ENERGY EFFICIENCY HOLDINGS, Inc    Doc 160-20   Filed 02/07/16    Entered 02/07/16 20:02:54    Main Document

Case number (if known)

Pg 14 of 38

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.     **Amount of claim**

| | | |
|---|---|---|
| **3.29** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

| | |
|---|---|
| | *Check all that apply.* |

Minority Business Center NY

1401 Constitution Avenue, N.W.

$1,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Washington    DC    20230

**Basis for the claim:**
Services

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☒ No
☐ Yes

---

| **3.30** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
|---|---|---|

Moso USA

13100 Alondra Blvd., Unit 106

$25,158.19

☐ Contingent
☐ Unliquidated
☐ Disputed

Cerritos    CA    90703

**Basis for the claim:**
Supplies

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☒ No
☐ Yes

---

| **3.31** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
|---|---|---|

New Oak Capital Markets, LLC

485 Lexngton Avenue, 25th Floor

$142,580.00

☐ Contingent
☐ Unliquidated
☒ Disputed

New York    NY    10017

**Basis for the claim:**
Services

Date or dates debt was incurred   April 1, 2013

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☒ No
☐ Yes

---

| **3.32** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
|---|---|---|

NIssan Motors Corp

P.O. Box 9001133

$4,923.74

☐ Contingent
☐ Unliquidated
☐ Disputed

Louisville    KY    40290-1133

**Basis for the claim:**
Auto Loan

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☒ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | | |
|---|---|---|
| **3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |

| | |
|---|---|
| **3.33** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: **$120,000.00** |

**3.33** Nonpriority creditor's name and mailing address

On Deck Capital

1400 Broadway, 25th Floor

New York            NY      10018

Date or dates debt was incurred  11/1/2015

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Credit

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$120,000.00**

---

**3.34** Nonpriority creditor's name and mailing address

Onesource Water

8 two Mile Road, Suite 102

Farmington            CT      06032

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Water Supply

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,192.47**

---

**3.35** Nonpriority creditor's name and mailing address

Purchase Power

PO Box 371874

Pittsburgh            PA      15250-7874

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
?????

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,787.08**

---

**3.36** Nonpriority creditor's name and mailing address

Rockshelter Capital LLC

31 Rockshelter Road

Waccabuc            NY      10597

Date or dates debt was incurred  1/17/2012

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Bond

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$150,000.00**

---

**Part 2:    Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $45,363.95 |

Sager Electronics

2270 Cabot Blvd. West # 2

Langhorne, PA  19047

_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Supplies/Equipment

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $102,765.00 |

Selective Insurance Company of America

40 Wantage Avenue

Branchville          NJ      07890-1000

_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Insurance

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,940.00 |

Sherpaa

584 Broadway #510

New York          NY      10012

_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Physician Service

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,724.09 |

Sologistx LLC

19 Alfred DR.

Bordentown          NJ      08505-3209

_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Logistic Services

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.    **Amount of claim**

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $17,956.57 |
| --- | --- | --- | --- |

Spark Lighting Corp.

347 37th Street

_____

_____

| Brooklyn | NY | 11232 |

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $31.98 |
| --- | --- | --- | --- |

Stamps.com

PO Box 202928

_____

| Dallas | TX | 75320-2928 |

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Postage

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $780.00 |
| --- | --- | --- | --- |

Supreme Lighting LLC

5308 13th Avenue, Suite 137

_____

| Brooklyn | NY | 11219 |

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplies

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $196.35 |
| --- | --- | --- | --- |

Tasc Client Invoices

PO Box 88278

_____

| Milwaukee | WI | 53288-0001 |

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.45**  Nonpriority creditor's name and mailing address

Teletrac Inc.

2201 Brookhollow Plaza Ste

Arlington                TX       76006

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Software License

**Is the claim subject to offset?**
☑ No
☐ Yes

**$8,938.94**

---

**3.46**  Nonpriority creditor's name and mailing address

The Hartford

PO Box 660916

Dallas                   TX       75266-0918

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Insurance

**Is the claim subject to offset?**
☑ No
☐ Yes

**$18,767.92**

---

**3.47**  Nonpriority creditor's name and mailing address

The Home Depot CC

2455 Paces Ferry Rd SE

Atlanta, GA 30339

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplies

**Is the claim subject to offset?**
☑ No
☐ Yes

**$20,210.42**

---

**3.48**  Nonpriority creditor's name and mailing address

Transamerica

4333 Edgewood Rd NE

Cedar Rapids             IA       52499

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Insurance

**Is the claim subject to offset?**
☑ No
☐ Yes

**$640.00**

---

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $14,481.20 |
| --- | --- | --- | --- |

Travelers

One Tower Square

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Hartford | CT | 06183 | Insurance |
| --- | --- | --- | --- |

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☒ No
☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $6,339.24 |
| --- | --- | --- | --- |

UL AG

75 Remmittance Drive Suite# 1893

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Chicago | IL | 60675-1893 | Software |
| --- | --- | --- | --- |

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☒ No
☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $5,913.47 |
| --- | --- | --- | --- |

UL Verification Services, Inc

7826 E. Evans Rd.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Scottsdale | AZ | 85260 | Services |
| --- | --- | --- | --- |

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☒ No
☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $668.88 |
| --- | --- | --- | --- |

ULine

47173 Benicia Street

Fremont, CA 94538 USA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Services

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☒ No
☐ Yes

**Part 2:**    **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,000.00 |

Check all that apply.

Verizon Wireless

57 West 57th Street

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

New York    NY    10019

Date or dates debt was incurred    2/1/2016

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,000,000.00 |

Check all that apply.

Virginia Read

60 Huron St Apt 2

Brooklyn, 11222

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
Contract claim

Date or dates debt was incurred    eptember 11, 2014

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $300,000.00 |

Check all that apply.

Vladimir Reynoso

35 Clinton Place Apt 6D

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Bonds

New Rochelle    NY    10801

Date or dates debt was incurred    1/17/2012

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,716.15 |

Check all that apply.

Vonage

23 Main Street

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Telephone Service

Holmdel    NJ    07733

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

**Part 2:**   **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.            **Amount of claim**

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,105.81 |
|---|---|---|---|

*Check all that apply.*

**WB Mason**

**59 Centre St.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Brockton**        **MA**    **02301-4014**        **Supplies**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $82,663.70 |
|---|---|---|---|

*Check all that apply.*

**Wesco Receivables Corp, Wesco Dist**

**PO Box 641447**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Pittsburgh**        **PA**    **15264-1447**        **Supplies**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $274.30 |
|---|---|---|---|

*Check all that apply.*

**William Penn Life Insurance Company**

**100 Quentin St. Roosevelt Blvd**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Garden City**        **NY**    **11530**        **Insurance**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,340.00 |
|---|---|---|---|

*Check all that apply.*

**Zoho Corporation**

**PO Box 742760**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Los Angeles**        **CA**    **90070-2760**        **Software**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.   **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---:|
| 5a. | **Total claims from Part 1** | 5a. **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. **+** **$3,799,240.78** |
| 5c. | **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. **$3,799,240.78** |

**Fill in this information to identify the case and this filing:**

| | |
|---|---|
| Debtor Name | **GLOBAL ENERGY EFFICIENCY HOLDINGS, INC** |
| United States Bankruptcy Court for the | **SOUTHERN DISTRICT OF NEW YORK** |
| Case number (if known) | |

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and
submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included
in the document, and any amendments of those documents.  This form must state the individual's position or relationship to
the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership;
or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information

☐ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders*
(Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

| Executed on **02/07/2016** | X **/s/ VLADIMIR REYNOSO** |
|---|---|
| MM / DD / YYYY | Signature of individual signing on behalf of debtor |

**VLADIMIR REYNOSO**
Printed name

**CHIEF EXECUTIVE OFFICER**
Position or relationship to debtor

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
## MANHATTAN DIVISION

In re  **GLOBAL ENERGY EFFICIENCY HOLDINGS, INC**

Case No.  _____

Chapter  **11**  _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept.................................................................  **$0.00**

Prior to the filing of this statement I have received...................................................  **$0.00**

Balance Due.............................................................................................................  **$0.00**

2. The source of the compensation paid to me was:
☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:
☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

**Meeting with U.S. Trustee**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| __02/07/2016__ | **/s/ Armando Llorens** |
| *Date* | *Armando Llorens*                    Bar No.  AL-1757 |
| | Furgang & Adwar LLP |
| | 1325 Ave. of the Americas |
| | 28th Floor |
| | New York, NY 10019 |

---

 __/s/ VLADIMIR REYNOSO__

**VLADIMIR REYNOSO**
**CHIEF EXECUTIVE OFFICER**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **GLOBAL ENERGY EFFICIENCY HOLDINGS, INC** |
| United States Bankruptcy Court for the | **SOUTHERN DISTRICT OF NEW YORK** |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which
the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | MANUFACTURERS AND TRADERS TRUST 1 M&T Plaza Buffalo, New York | | | Disputed | ,533,180.36 | 135,000.00 | $8,398,180.36 |
| 2 | Lumenor Energy Services® LLC 110 East Broward Boulevard, Suite 1700 Fort Lauderdale, FL | | Services | | | | $232,909.56 |
| 3 | Rockshelter Capital LLC 31 Rockshelter Road Waccabuc, NY 10597 | | Bond | | | | $150,000.00 |
| 4 | New Oak Capital Markets, LLC 485 Lexngton Avenue, 25th Floor New York, NY 10017 | | Services | Disputed | | | $142,580.00 |
| 5 | On Deck Capital 1400 Broadway, 25th Floor New York, NY 10018 | | Credit | | | | $120,000.00 |
| 6 | Selective Insurance Company of America 40 Wantage Avenue Branchville, NJ 07890-1000 | | Insurance | | | | $102,765.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 7  Charles Newman c/o The Charles J. Newman Co., LLC 37 Saw Mill River Rd. Hawthorne, NY 10532 | | Bond | | | | $100,000.00 |
| 8  Wesco Receivables Corp, Wesco Dist PO Box 641447 Pittsburgh PA 15264-1447 | | Supplies | Disputed | | | $82,663.70 |
| 9  American Express P.O. Box 297879 Fort Lauderdale, FL 33329-7879 | | Credit Card | | | | $69,989.38 |
| 10  Chase PO Box 15123 Wilmington, DE 19850-5123 | | Credit Card | Disputed | | | $57,993.94 |
| 11  Gexpro (Cincinnati) 11400 Mosteller Rd Cincinnati, OH 45241 | | Supplies | Disputed | | | $55,144.23 |
| 12  Keith Stephenson c/o NEW DIRECTION IRA 1070 West Century Drive, Suite 101 | | Bond | | | | $50,000.00 |
| 13  Sager Electronics 2270 Cabot Blvd. West # 2 Langhorne, PA  19047 | | Supplies/Equipment | | | | $45,363.95 |
| 14  McGladrey LLP 850 Canal Street, 4th Floor Stamford, CT 06902-6902 | | Services | | | | $30,500.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 15  Moso USA 13100 Alondra Blvd., Unit 106 Cerritos, CA 90703 | | Supplies | | | | $25,158.19 |
| 16  The Home Depot CC 2455 Paces Ferry Rd SE Atlanta, GA 30339 | | Supplies | | | | $20,210.42 |
| 17  Cooper Electric Supply Co 1 Matrix Drive Monroe NJ 08831-3798 | | Supplies | | | | $19,784.26 |
| 18  The Hartford PO Box 660916 Dallas, Texas 75266-0918 | | Insurance | | | | $18,767.92 |
| 19  Spark Lighting Corp. 347 37th Street Brooklyn NY 11232 | | Services | | | | $17,956.57 |
| 20  ENPAC Industries 34355 Melinz Parkway Eastlake, OH 44095 | | Supplies | | | | $16,522.50 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**MANHATTAN DIVISION**

IN RE:   **GLOBAL ENERGY EFFICIENCY HOLDINGS, INC**

CASE NO

CHAPTER   **11**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  2/7/2016 _____

Signature  _/s/ **VLADIMIR REYNOSO**_____
**VLADIMIR REYNOSO**
**CHIEF EXECUTIVE OFFICER**

Date _____

Signature _____

_ /s/ Armando Llorens_____
**Armando Llorens**
**AL-1757**
**Furgang & Adwar LLP**
**1325 Ave. of the Americas**
**28th Floor**
**New York, NY 10019**
**(212) 725-1818**

Action Environment Corp
451 Frelinghuysen Ave
Newark, NJ 07114


American Lamp Recycling, LLC.
55 Riverview Drive
Marlboro, NY 12542


Audi Financial Services
P.O. Box 5215
Carol Stream, IL 60197-52


BambooHR LLC
333 South 520 West
Suite 200
Lindon, UT 84042-1911

BNS Management LLC
1536 Third Avenue
New York, New York 10028


BP Business Solutions
PO Box 923928
Norcross, GA 30010


Charles Newman
c/o The Charles J. Newman Co., LLC
37 Saw Mill River Rd.
Hawthorne, NY 10532

Chase
PO Box 15123
Wilmington, DE 19850-5123


Cigna
Dept 59
Denver Colorado 80291

Cloudbakers LLC
641 W Lake- Suite 301
Chicago IL 60661


ConEdison Corp
P.O. Box 1702
New York, NY 10116-1702


Cooper Electric Supply Co
1 Matrix Drive
Monroe NJ 08831-3798


CT Corporation
PO Box 4349
Carol Stream IL 60197-4349


ENPAC Industries
34355 Melinz Parkway
Eastlake, OH 44095


Entouch Controls
661 N. Plano Rd., Suite 323
Richardson, TX 75081


First Unum Life Insurance
666 Third Avenue Suite 301
New York, NY 10017


Gexpro
400 Technology Court SE
Ste R
Smyrna GA 30082-5237


Gexpro (Cincinnati)
11400 Mosteller Rd
Cincinnati, OH 45241

John W. Kennedy Company- RI
990 Waterman Avenue
P.O. Box 14217
East Providence, RI 02914

Keith Stephenson
c/o NEW DIRECTION IRA
1070 West Century Drive, Suite 101
Louisville, Colorado 80027

Lendy Electric Equipment & Supply Corp.
176-184 Grand Street
New York, NY 10013-3735

Lumenor Energy Services® LLC
110 East Broward Boulevard, Suite 1700
Fort Lauderdale, FL 33301

M&T Insurance Agency
285 Delaware Ave Suite 4000
Buffalo, NY 14202-1885

MANUFACTURERS AND TRADERS TRUST
 1 M&T Plaza
Buffalo, New York
14203

Marlin Business Bank
2795 E Cottonwood Pkwy # 120
Salt Lake City, UT 84121

McGladrey LLP
850 Canal Street, 4th Floor
Stamford, CT 06902-6902

Mercedes Benz Financial Services
P.O. Box 1800
Roanoke, TX 76262-1800

Miatech Inc.
9480 SE Lawnfield RD
Clackamas, OR 97015


Minority Business Center NY
1401 Constitution Avenue, N.W.
Washington, DC 20230


Moso USA
13100 Alondra Blvd., Unit 106
Cerritos, CA 90703


New Oak Capital Markets, LLC
485 Lexngton Avenue, 25th Floor
New York, NY 10017


NIssan Motors Corp
P.O. Box 9001133
Louisville, KY 40290-1133


On Deck Capital
1400 Broadway, 25th Floor
New York, NY 10018


Onesource Water
8 two Mile Road, Suite 102
Farmington, CT 06032


Purchase Power
PO Box 371874
Pittsburgh PA 15250-7874


Rockshelter Capital LLC
31 Rockshelter Road
Waccabuc, NY 10597

Sager Electronics
2270 Cabot Blvd. West # 2
Langhorne, PA  19047


Selective Insurance Company of America
40 Wantage Avenue
Branchville, NJ 07890-1000


Sherpaa
584 Broadway #510
New York, NY 10012


Sologistx LLC
19 Alfred DR.
Bordentown, NJ 08505-3209


Spark Lighting Corp.
347 37th Street
Brooklyn NY 11232


Stamps.com
PO Box 202928
Dallas TX 75320-2928


Supreme Lighting LLC
5308 13th Avenue, Suite 137
Brooklyn, NY 11219


Tasc Client Invoices
PO Box 88278
Milwaukee, WI 53288-0001


Teletrac Inc.
2201 Brookhollow Plaza Ste
Arlington, TX 76006

The Hartford
PO Box 660916
Dallas, Texas 75266-0918


The Home Depot CC
2455 Paces Ferry Rd SE
Atlanta, GA 30339


Transamerica
4333 Edgewood Rd NE
Cedar Rapids, IA 52499


Travelers
One Tower Square
Hartford , CT 06183


UL AG
75 Remmittance Drive Suite# 1893
Chicago, IL 60675-1893


UL Verification Services, Inc
7826 E. Evans Rd.
Scottsdale, AZ 85260


ULine
47173 Benicia Street
Fremont, CA 94538 USA


Verizon Wireless
57 West 57th Street
New York, NY 10019


Virginia Read
60 Huron St Apt 2
Brooklyn, 11222

Vladimir Reynoso
35 Clinton Place Apt 6D
New Rochelle NY 10801


Vonage
23 Main Street
Holmdel NJ 07733


WB Mason
59 Centre St.
Brockton, MA 02301-4014


Wesco Receivables Corp, Wesco Dist
PO Box 641447
Pittsburgh PA 15264-1447


William Penn Life Insurance Company
100 Quentin St. Roosevelt Blvd
Garden City, NY 11530


Zoho Corporation
PO Box 742760
Los Angeles CA 90070-2760

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**MANHATTAN DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | § | | |
| **GLOBAL ENERGY EFFICIENCY HOLDINGS, INC** | § | | |
| | § | Case No. _____ |
| | § | | |
| Debtor(s) | § | Chapter | **11** |

## DECLARATION FOR ELECTRONIC FILING OF BANKRUPTCY
## PETITION, LISTS, STATEMENTS, AND SCHEDULES

## PART I: DECLARATION OF PETITIONER:

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case. I have read the information provided in the petition, lists, statements, and schedules to be filed electronically in this case and I HEREBY DECLARE UNDER PENALTY OF PERJURY that the information provided therein, as well as the social security information disclosed in this document, is true and correct. I understand that this Declaration is to be filed with the Bankruptcy Court within five (5) business days after the petition, lists, statements, and schedules have been filed electronically. I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

☐ *[Only include for Chapter 7 individual petitioners whose debts are primarily consumer debts] --*
I am an individual whose debts are primarily consumer debts and who has chosen to file under chapter 7. I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each chapter, and choose to proceed under chapter 7.

☑ *[Only include if petitioner is a corporation, partnership or limited liability company] --*
I hereby further declare under penalty of perjury that I have been authorized to file the petition, lists, statements, and schedules on behalf of the debtor in this case.

Date: __2/7/2016_____    **/s/ VLADIMIR REYNOSO**_____
VLADIMIR REYNOSO
CHIEF EXECUTIVE OFFICER
**Complete EIN: 27-0555964**_____

## PART II: DECLARATION OF ATTORNEY:

I declare UNDER PENALTY OF PERJURY that: (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date: __2/7/2016_____    **/s/ Armando Llorens**_____
Armando Llorens, Attorney for Debtor

RESOLUTION OF THE BOARD OF DIRECTORS OF
GLOBAL ENERGY EFFICIENCY HOLDINGS, INC. AUTHORIZING THE FILING
OF PETITION FOR REORGANIZATION UNDER CHAPTER 11
OF THE BANKRUPTCY CODE

WHEREAS GLOBAL ENERGY EFFICIENCY HOLDINGS, INC., (the "Corporation") is unable to meet its obligations as they mature; and

WHEREAS, creditors have filed suit and have taken steps to obtain possession of the assets of the Corporation; and

WHEREAS, it has become apparent that the Corporation cannot continue its business without the protection of a Chapter 11 bankruptcy filing.

NOW THEREFORE, the Board of Directors RESOLVES:

That it authorizes the CHIEF EXECUTIVE OFFICER of the Corporation, VLADIMIR REYNOSO, to file, on behalf of the Corporation, a Petition for Bankruptcy under Chapter 11 of the Bankruptcy Code and is further authorized to take all necessary action and, execute on behalf of the Corporation, all necessary documents for such filing, including the engagement of counsel, including Attorney Armando Llorens of the law firm FURGANG & ADWAR, L.L.P, and other professionals, and the payment of all required fees

The undersigned certifies that he is the Chief Executive Officer and Secretary of the Board of Directors of GLOBAL ENERGY EFFICIENCY HOLDINGS, INC., INC and that the above is a true and correct. Copy of a resolution of the Board of Directors adopted at a duly conducted and constituted meeting held on February 5, 2016, in accordance with the Corporation's Articles of Incorporation and Bylaws; that a quorum was present at said meeting; and that said Resolution has not been revoked, modified, amended or annulled in any manner.

In witness whereof, I have hereunto set my hand and affixed the seal of said corporation this 7th day of February, 2016.

VLADIMIR REYNOSO
Chief Executive Officer and Secretary